# UNITED STATES DISTRICT COURT

for the Southern District of Florida

Miami Division

CAMILLE BARNETT
*Plaintiff*

Case No. _____

-v-

PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY

d/b/a JACKSON HEALTH SYSTEM

*Defendant(s)*



FILED BY _____ D.C.

AUG 20 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____/

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   CAMILLE BARNETT
   27362 SW 139 Place
   Homestead, Florida 33032
   (305) 975-4716
   camilleb01@msn.com

   B. **The Defendant**

   PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY
   d/b/a JACKSON HEALTH SYSTEM
   1611 NW 12th Ave
   Miami-Dade, Florida 33136

   C. **Place of Employment**

   The address at which I was employed by the Defendant is:

   JACKSON MEMORIAL BEHAVIORAL HEALTH HOSPITAL
   1965 NW 9th Ave
   Miami, Florida 33136

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

**III. Statement of Claim**

A. The discriminatory conduct of which I complain in this action includes termination of my employment.
B. It is my best recollection that the alleged discriminatory acts began on or around July 26, 2018.
C. I believe that Defendant is still committing these acts against me.
D. Defendant discriminated against me based on my race, African-American.
E. The facts of my case, and Defendant's alleged discrimination, are as follows:
   1. I am an African-American female.
   2. I was employed by the Defendant as a Registered Nurse from March 2005 until my unlawful discharge on or around July 26th, 2018.
   3. My last assignment with the Defendant was a "Triage Nurse" at the Behavioral Health Emergency Room.
   4. Prior to this assignment, I had not been subjected to any other disciplinary actions for poor performance or violations of Defendant's rules and regulations.
   5. On or around June 20th, 2018, I tended to a customer. Based on his statements, I followed the rules and regulations set by the Defendant. The situation escalated from a mental health issue to a medical emergency. I was falsely accused by the management of poor performance and violations of Defendant's rules and regulations, and summarily terminated by Defendant.
   6. Upon information and belief, Defendant has treated me less favorably than others in similar circumstances because of my race. Upon information and belief, in similar situations Defendant has not terminated employees who were not African-American. Rather, non-African-American employees were given no discipline or less severe discipline, and were allowed to retain their positions, wages, and benefits. In the alternative, non-African-American employees in similar circumstances were given

   alternative disciplinary options, such as the option to resign, which I was denied by Defendant.

7. Upon information and belief, the only nurses who have been terminated by Defendant for alleged violations within my department for the last few years have been African-American.

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct on or around April 26th, 2019.

B. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which I received on May 22nd, 2019.

## V . Relief

I respectfully request the court order the following relief:

A. Full compensatory damages including, actual damages of $102,261.60 in back pay, and appropriate amount of front pay. General damages from loss of health insurance, race discrimination, and wrongful termination.
B. Removal of wrongful termination from the Plaintiff's record.
C. Reinstatement of position.
D. Pension reinstatement.
E. Court cost and legal fees.
F. Punitive damages to the maximum extent permitted by law and any other relief deemed appropriate by the court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1. **For Parties Without an Attorney**

   **I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

   Date of signing: August 20th, 2019

   _____
   Signature of Plaintiff

   Camille Barnett
   _____
   Printed Name of Plaintiff